IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| MELANIE SKINNER, o/b/o H.N.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv594-MHT |
| | ) | [WO] |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On April 5, 2007, the Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed. After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED.

2. That this case is REMANDED for further proceedings concerning the credibility of Plaintiff's testimony.

3.  That the decision of the Commissioner is AFFIRMED with respect to the Commissioner's decision not to call a medical expert to render an updated opinion on equivalency.

An appropriate judgment will be entered herewith.

DONE, this the 23rd day of April 2007.

                                                  /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE