IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELANIE SKINNER, o/b/o H.N.S., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 1:06cv594-MHT <br> [WO] |

**FINAL JUDGMENT**

In accordance with the Order entered herewith, it is

ORDERED, ADJUDGED, AND DECREED that this case be and is hereby REMANDED to the Commissioner for further proceedings consistent with the Recommendation of the Magistrate Judge.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of April 2007.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE