IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELANIE SKINNER, o/b/o H.N.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 1:06cv594-MHT |
| ) | [WO] |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 15, 2007, Plaintiff filed a motion seeking an award of attorney fees pursuant to 28 U.S.C. § 2412(d) (2000) (Doc. #21).  Therefore, it is

ORDERED that on or before May 30, 2007, Defendant shall SHOW CAUSE why Plaintiff's motion should not be granted.

Done this 16th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE